



JUN 0 7 2016

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **16 CR 069 JED** |
| | ) | |
| Plaintiff, | ) | **FILED UNDER SEAL** |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | [18 U.S.C. §§ 2261A(2)(B) and |
| CHARLES JASON MORELAND, | ) | 2261(b)(5): Cyberstalking] |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

From in or about May 2015, and continuing through the date of this Indictment, in the Northern District of Oklahoma, and elsewhere, the defendant, **CHARLES JASON MORELAND**, with the intent to injure, harass, and intimidate, used the mail, any interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate commerce, including e-mail, FedEx, and social media websites, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to CP, a person known to the Grand Jury, and CP's immediate family.

All in violation of 18, U.S.C. §§ 2261A(2)(B) and 2261(b)(5).

DANNY C. WILLIAMS, SR.
UNITED STATES ATTORNEY

R. TRENT SHORES
Assistant United States Attorney

A TRUE BILL

/s/Grand Jury Foreperson
Grand Jury Foreperson