# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Offenses Committed On or After November 1, 1987) |
| V. | |
| | Case Number:   16-CR-069-001-JED |
| CHARLES JASON MORELAND | USMS Number:   13300-062 |
| | |
| | Rob Ridenour |
| | Defendant's Attorney |

## JUDGMENT OF ACQUITTAL

The defendant has been found not guilty on September 23, 2016, as to Count One of the Indictment, and is discharged as to said count. IT IS ORDERED that the defendant is acquitted and discharged, and any bond is exonerated.

DATED THIS 29th day of September, 2016.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE